**Entered on Docket**
**January 05, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

GREGORY L. WILDE, ESQ.
Nevada Bar No. 004417
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone (702) 258-8200
bk@wildelaw.com

Attorney for Secured Creditor

*Relodge*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

Wayne E. Burns

         Debtor.

BK-S-09-20142-mkn

Date: November 25, 2009
Time: 1:30 PM

Chapter 13

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THE COURT having reviewed the briefs filed by the respective parties, having considered the oral argument, and having reviewed all other pleadings before it, rules as follows:

1  The Secured Creditor has not provided evidence to the court of a diminution in property value
2  pursuant to the In Re: Timbers case, warranting on Order Vacating Stay.
3  The Secured Creditor has not convinced the court that a proposed monthly payment of ".25" of the
4  value of the subject property does not cover any diminution in value while waiting for a decision on a loan
5  modification request.
6  The Secured Creditor has not convinced the court that a monthly payment of ".25" of the subject
7  property's value necessarily denotes an improbability of successful reorganization inasmuch as the decision
8  of whether or not a loan modification is granted is in the hands of the Secured Creditor.
9  The Court further holds that a plan that proposes to pay a monthly payment of ".25" of the subject
10  property's value is not on its face a plan proposed in violation of 11 U.S.C. 1322(b)(2).
11  Other findings made by the Court are found on the record and incorporated herein.
12  THEREFORE, the Secured Creditor's motion for relief from the automatic stay is denied without
13  prejudice.
14  DATED this 4th day of December, 2009.

Submitted by:
WILDE & ASSOCIATES

By /S/ GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED                           APPROVED / DISAPPROVED


By_____                 By_____
    Christopher Griffin
    Haines and Krieger                               Rick A. Yarnall
    Attorney for Debtor(s)                           Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor