WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2
09-74169

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | 09-20142-mkn |
|---|---|
| Wayne E. Burns | Date:<br>Time: |
| | Chapter 13 |
| Debtor | |

## DECLARATION IN SUPPORT OF THE MOTION
## FOR RELIEF FROM AUTOMATIC STAY

THE UNDERSIGNED DECLARES AND STATES:

1) I am over eighteen years of age and am employed by America's Servicing Company, servicer for Secured Creditor in the instant action. I have personal knowledge of the foregoing, except as to those matters stated under information and belief, and as to those matters I believe them to be true, and if called upon as a witness I could and would competently testify thereto.

2) I am employed as the _____Assistant Secretary_____ with Secured Creditor and I am familiar with Secured Creditor's treatment of loans involved in Bankruptcy proceedings. The records in question are maintained under my control and supervision.

3) These documents include, but are not necessarily limited to, loan documents, including promissory notes and deeds of trust and assignments kept in the ordinary course of business,

1. entries are made in the records of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2, at or about the time of any loan activity reflecting that activity, and payment histories on the subject loan.

4) I have examined the files and records of loan number ending in 2308 for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2 regarding the Loan Modification that is the subject of this Declaration and I have confirmed that the Debtor's Loan Modification request was denied on or about March 12, 2010 as the debtor failed to provide current financials to complete loan modification review.

I declare under penalty of perjury that the foregoing is true and correct.

BY: _Teressa J. Williams_
Assistant Secretary

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the March 30, 2010.

_____
Notary Public

OFFICIAL SEAL
Notary Public
State of South Carolina
PERRY S. MCCRAVEN
My Commission Expires Dec. 1, 2014

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Electronically Filed on _____

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2
09-74169

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Wayne E. Burns

Debtor

09-20142-mkn
Date:
Time:

Chapter 13

## CERTIFICATE OF MAILING

1. On __3/31/10__ I served the following documents(s):

   DECLARATION IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  a. ECF System

      David Krieger
      dkrieger@hainesandkrieger.com
      Attorney for Debtor

      Rick A. Yarnall

    ecfmail@lasvegas13.com
    Trustee

X **b. United States mail, postage fully prepaid:**

    David Krieger
    1020 Garces Ave.
    Las Vegas. NV 89101
    Attorney for Debtor

    Rick A. Yarnall
    701 Bridger Avenue #820
    Las Vegas, NV 89101
    Trustee

    Wayne E. Burns
    6300 West La Madre Way
    Las Vegas, NV 89130
    Debtor

☐ **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

  ☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

  ☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

1
2     Based upon the written assignment of the parties to accept service by fax transmission or a court
3  order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by
4  the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 29th day of March, 2010.

By: _/s/ J. Miller_