George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Wayne Burns

E-FILED: April 20, 2010

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Wayne Burns<br><br>Debtor(s). | Case No. BKS-- 09-20142-MKN<br>Chapter 13<br><br>Hearing Date: April 21, 2010<br>Hearing Time: 1:30 PM |

### AFFIDAVIT IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

STATE OF NEVADA      )  
                                       ) ss.  
COUNTY OF CLARK    )

*Michael Richman* says:

1. That Affiant makes this Affidavit of my own personal knowledge

2. Affiant is competent to testify as to the matters herein.

3. Affiant is an employee of Haines and Krieger Loan Modifications, LLC.

4. On or About October 2009, Debtor(s) contacted Affiant for the purpose of obtaining a modification of their mortgage loan with America's Servicing Company.

5.    On October 19, 2009, Debtor's authorization forms have been faxed to the mortgage lender.

On November 12, 2009, Debtor's loan modification submission package was sent to the mortgage lender. On March 19, 2010, processor, Kevin, spoke with Serena (ID 9T7) and processor was informed that the file is still in review and they need updated paystubs and bank statements. Processor has left a message for the client to request for the updated documents. On April 21, 2010, processor called lender and spoke with Sherie (ID # G96) and processor was informed that the file is in review with the negotiator, Holly Davis.

6.    I will continue to provide updates to Debtor(s) and the lenders attorney as, further information becomes available.

DATED: April 20, 2010

_____
**Affiant**

SUBSCRIBED and SWORN to before me this 20 day of April 2010.

_____
NOTARY PUBLIC in and for said County and State

NOTARY PUBLIC
KATE PEREZ
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. SEPTEMBER 24, 2011
No: 07-4889-1

- 2 -